IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARIC COLLIN NORMILE,<br><br>Defendant. | CR 22–8–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Aric Collin Normile's Unopposed Motion to Enlarge Time to File Pretrial Motions. (Doc. 23.) Mr. Normile requests a two-week extension of the motions deadline from March 18, 2022 to April 1, 2022. (*Id.* at 1.) The basis for this motion is voluminous discovery and the need for additional time for Mr. Normile to review such discovery with his attorney. (*Id.* at 2.)

Accordingly, IT IS ORDERED the motion (Doc. 23) is GRANTED. The motions deadline of March 18, 2022 is VACATED and RESET for April 1, 2022. The Court's scheduling order (Doc. 22) remains in full force and effect in all other respects.

DATED this 17th day of March, 2022.

Dana L. Christensen, District Judge
United States District Court