IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–8–BU–DLC |
| Plaintiff, | |
| vs. | ORDER |
| ARIC COLLIN NORMILE, | |
| Defendant. | |

Before the Court is the United States' Unopposed Motion for Witness to Appear Via Zoom. (Doc. 36.) The United States requests leave for FBI Special Agent Trevor Condor to testify via Zoom at the motions hearing scheduled for May 5, 2022. (*Id.*) Defendant does not object. (*Id.*)

Accordingly, IT IS ORDERED the motion (Doc. 36) is GRANTED. Special Agent Condor may appear via Zoom at the motions hearing (Doc. 30). The Clerk of Court shall notify counsel for the United States via e-mail of the meeting ID and password within 24 hours of the hearing. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings

DATED this 19th day of April, 2022.

Dana L. Christensen, District Judge
United States District Court