IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARIC COLLIN NORMILE,<br><br>Defendant. | CR  22–8–BU–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Aric Collin Normile's Unopposed Motion to Lift Stay Issued Under the Court's Written Order (ECF No. 54) and to Reset Deadline for the Second Extraction of the iPhone.  (Doc. 55.)  In this motion, Normile indicates that he no longer intends to seek mandamus relief at the Ninth Circuit, and requests that the stay of this matter be lifted and a date for the iPhone extraction reset.  (*Id.* at 1–4.)  The Court agrees with Normile's interpretation of the Court's prior Order (*id.* at 2–3).

Instead of setting a new date for the iPhone extraction, the Court will let the parties set a date that works with their schedules, keeping in mind that Normile would like his technology expert to attend.  If the parties cannot find a mutually agreeable date, they may file a motion with the Court and it will set one.  It would be helpful if the parties accomplished the second phone extraction in sufficient time for the results to be available before the July 8, 2022 hearing, so that they can

1

be discussed at that time.

Accordingly, IT IS ORDERED that the motion (Doc. 55) is GRANTED and
the stay previously issued by this Court (Doc. 54) is LIFTED.

DATED this 11th day of May, 2022.

_____
Dana L. Christensen, District Judge
United States District Court